FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 16
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

KW/USAO# 2015R00421

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-15-0400 |
| v. | (Arson, 18 U.S.C. § 844(i); Aiding and Abetting, 18 U.S.C. § 2) |
| RAYMON CARTER, | |
| Defendant | |

\*\*\*\*\*\*

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about April 27, 2015, in the District of Maryland, the defendant,

**RAYMON CARTER,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in an activity affecting interstate or foreign commerce, namely the CVS Pharmacy, located at 2509 Pennsylvania Avenue, Baltimore, Maryland, 21217 ("CVS"), a business and facility operating in interstate commerce as a retail store and pharmacy engaged in an activity affecting interstate commerce.

18 U.S.C. §§ 844(i) and 2

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: July 16, 2015